Clerk's Office
Filed Date: 6/15/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

JOSHUA ADAMS,                                    Civil Action No. 1:21-cv-03738

      Plaintiff.

  -against-

THE ALCOVE RESTAURANT INC.,                      **JOINT STIPULATION OF**
ELIZABETH PIPA and VALENTIN PIPA,                **DISMISSAL WITH PREJUDICE**

      Defendants
_____x

    Plaintiff Joshua Adams, and Defendants, The Alcove Restaurant Inc., Elizabeth Pipa and Valentin Pipa, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

    Dated: June 8, 2022

By: _/s/ Gabriel Levy_____          By: _____

  Gabriel A Levy, Esq.                         Jason Mizrahi, Esq.
    *Attorney for Plaintiff*                    *Attorney for Defendant*
  Gabriel A. Levy, P.C.                        Levin-Epstein & Assoc., P.C.
  1129 Northern Blvd. Ste 404                  60 East 42nd Street, Ste 4700
  Manhasset, New York 11030                    New York, New York 10165
  (347) 941-4715                               (212) 792-0048
  Glevy@glpcfirm.com                           Jason@levinepstein.com


SO ORDERED:   _S/MArgo K. Brodie_____
               HON. MARGO K. BRODIE
               UNITED STATES DISTRICT JUDGE